**Yves G. WANTOU DEUGOUE,**
**Plaintiff–Appellant,**

v.

**Michael CHERTOFF, as Secretary of the Department of Homeland Security; Jonathan Scharfen, as the Acting Director of the U.S. Citizenship & Immigration Services; Phyllis Howard, as District Director of the Citizenship & Immigration Services for Washington, DC located in Fairfax, VA; Michael B. Mukasey, as Attorney General of the United States, Defendants–Appellees.**

No. 09–1769.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 19, 2010.

Decided: March 1, 2010.

Yves G. Wantou Deugoue, Appellant Pro Se. Bernard G. Kim, Office of the United States Attorney, Lauren Anne Wetzler, Assistant United States Attorney, Alexandria, Virginia, for Appellees.

Before GREGORY, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yves G. Wantou Deugoue appeals the district court's order granting Defendants' motion to dismiss this civil action to compel adjudication of an application for adjustment of status. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *Deugoue v. Chertoff,* No. 1:08–cv–01279–CMH–IDD (E.D.Va. May 15, 2009); *see* Fed. R.Civ.P. 12(b)(1). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*